BEFORE THE THIRD DIVISION, AUGUST 29, 1949

**No. 53527.**—Crosse & Blackwell Co. *v.* United States, protests 135104–K and 136874–K (Baltimore).

Opinion by CLINE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53528.**—The Otto Gerdau Co. et al. *v.* United States, protests 144749–K, etc. (New York).

Opinion by CLINE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53529.**—Quon Quon Co. et al. *v.* United States, protests 60649–K, etc.. (Los Angeles and Portland, Oreg.).

Opinion by EKWALL, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53530.**—F. W. Myers & Co., Inc. *v.* United States, protests 61744–K, etc. (Ogdensburg).

Opinion by EKWALL, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, SEPTEMBER 7, 1949

**No. 53531.**—Griffon Importing Co. *v.* United States, protests 117256–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.